UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

LEONARD RAY WALKER,               )
                                  )
            Plaintiff,            )
                                  )
v.                                )        No.:    3:20-CV-410-TAV-DCP
                                  )
SCOTTIE RYAN DAVIS,               )
                                  )
            Defendant.            )

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1.    Plaintiff's initial motion for leave to proceed *in forma pauperis* [Doc. 4] will be **DENIED AS MOOT**;

2.    Plaintiff's amended motion for leave to proceed *in forma pauperis* [Doc. 6] is **GRANTED**;

3.    Plaintiff is **ASSESSED** the civil filing fee of $350.00;

4.    The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

5.    The Clerk is **DIRECTED** to mail a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and to furnish a copy of this order to the Court's financial deputy;

6.    Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

7.    Accordingly, this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A);

8.     Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file

a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

9.     The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

**ENTER:**


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT

2